(110 So. 917)

L. A. ANDERSON v. Mrs. A. H. JAFFEE. (6 Div. 91.) (Court of Appeals of Alabama.

Dec. 14, 1926.) Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.